UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 14 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RACHEL G. DAMIANO and KATIE S. MEDART,<br><br>           Plaintiffs - Appellants,<br><br> v.<br><br>GRANTS PASS SCHOOL DISTRICT NO. 7, an Oregon public body; et al.,<br><br>           Defendants - Appellees. | No. 23-35288<br><br>D.C. No. 1:21-cv-00859-CL<br>U.S. District Court for Oregon, Medford<br><br>**ORDER** |

      The amicus briefs submitted by Amici Curiae Defense of Freedom Institute For Policy Studies, Inc., Ethics and Public Policy Center, First Liberty Institute, Foundation for Individual Rights and Expression, Michael K. Laidlaw, et al., Thomas More Society and Women's Liberation Front are filed.

      Within 7 days of this order, the filer of each brief is ordered to file 6 copies of that brief in paper format, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the Court's website at *http://www.ca9.uscourts.gov/forms/form18.pdf*.

      The covers of the amicus briefs must be green.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT