UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 25 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RACHEL G. DAMIANO; KATIE S. MEDART, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> GRANTS PASS SCHOOL DISTRICT NO. 7, an Oregon public body; et al., <br><br> Defendants-Appellees. | No. 23-35288 <br><br> D.C. No. 1:21-cv-00859-CL <br> District of Oregon, Medford <br><br> ORDER |

Appellees' unopposed motion (Docket Entry No. 42) for an extension of time to file the answering brief is granted.

The answering brief is due December 4, 2023. The optional reply brief is due within 21 days after service of the answering brief.

                              FOR THE COURT:

                              MOLLY C. DWYER
                              CLERK OF COURT

OSA146