# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)**: 23-35288

**Case Name**: Damiano, Medart v. Grants Pass School District, et al.

**Hearing Location (*city*)**: Portland, OR

**Your Name**: Beth F. Plass

List the sitting dates for the two sitting months you were asked to review:

June 3-7 and August 19-23

Do you have an unresolvable conflict on any of the above dates? ● Yes  ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

June 6-7: Trial call scheduled for June 6. Trial preparation on June 7 for a jury trial beginning on June 11, 2024 in Washington County Circuit Court, Oregon.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes  ● No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature**: s/Beth F. Plass    **Date**: 02/16/2024

(use "s/[typed name]" to sign electronically-filed documents)

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 32                                                                                      New 12/01/2018