# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 23-35288

**Case Name** Damiano v. Grants Pass School District No. 7 et al.

**Hearing Location** (*city*) Portland

**Your Name** Mathew W. Hoffmann

List the sitting dates for the two sitting months you were asked to review:

June 3-7 and August 19-23.

Do you have an unresolvable conflict on any of the above dates? ◯ Yes ⦿ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Plaintiffs' counsel conferred with Defendants' counsel in response to Defendants' submission of Form 32. All counsel are available for oral argument June 3-5 and August 19-23.

Plaintiffs' first preference is to have argument June 3-5. By June, this case will have been in litigation for 3 years. Plaintiffs wish to avoid a further delay of over two months.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

◯ Yes ⦿ No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/ Mathew W. Hoffmann   **Date** Feb. 20, 2024

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 32** *New 12/01/2018*