UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 08 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RACHEL G. DAMIANO and KATIE S. MEDART,<br><br>   Plaintiffs - Appellants,<br><br> v.<br><br>GRANTS PASS SCHOOL DISTRICT NO. 7, an Oregon public body; et al.,<br><br>   Defendants - Appellees,<br><br> and<br><br>CLIFF KUHLMAN; et al.,<br><br>   Defendants. | No. 23-35288<br><br>D.C. No. 1:21-cv-00859-CL<br>U.S. District Court for Oregon, Medford<br><br>**MANDATE** |

The judgment of this Court, entered June 17, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellee in the amount of $320.30.

            FOR THE COURT:

            MOLLY C. DWYER
            CLERK OF COURT